AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Montana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MJ-19-29-M-JCL |
| Fabjan Alameti | ) | |
| *Defendant* | ) | |

**RECEIVED** 2019 APR -4 P 12: 18
US MARSHALS SERVICE
MISSOULA, MT

**FILED** APR 04 2019
Clerk, U.S. District Court
District Of Montana
Missoula

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Fabjan Alameti ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Possession of a Firearm by Unlawful User of a Controlled Substance, in violation of 18 U.S.C. § 922(g)(3); and (2) Making False Statements Involving International and Domestic Terrorism, in violation of 18 U.S.C. § 1001.

Date:   4/4/2019

*Issuing officer's signature*

City and state:   Missoula, Montana

Hon. Jeremiah C. Lynch, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/04/2019 , and the person was arrested on *(date)* 04/03/2019
at *(city and state)* BOZEMAN, MT .

Date:   04/04/2019

*Arresting officer's signature*

SA MATTHEW J. DEURMEIER, FBI
*Printed name and title*